United States District Court
Southern District of Texas
**ENTERED**
December 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NO. H-20-583 |
| § | |
| AMIR AQEEL, § | |
| SIDDIQ AZEEMUDDIN, § | |
| RIFAT BAJWA, § | |
| PARDEEP BASRA, § | |
| MAYER MISAK, § | |
| MAURICIO NAVIA, and § | |
| RICHARD REUTH § | |
|     Defendants | |

### ORDER PERMITTING DISCLOSURE OF DISCOVERABLE DOCUMENTS PURSUANT TO PROTECTIVE ORDER

**IT IS ORDERED** that discoverable information provided by the United States to counsel for the above-named defendants in the above numbered cause be made pursuant to this protective order.

**IT IS FURTHER ORDERED** that the discoverable materials being made available by the United States to the defendants and their attorneys not be disclosed to anyone other than the named defendants and their counsel of record, or the staff of their counsel of record (including investigators, paralegals, expert witnesses, and other contracted agents associated with the attorney of record for purposes of defense preparation), except upon the express authorization of this Court and further that under no circumstance shall hard copies be provided to a defendant or left at any detention facility for a defendant to review.

**IT IS FURTHER ORDERED** that this protective order applies to any subsequent discoverable material provided the defense, except for a defendant's own statement.

1

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Dated this ___9th___ day of ___December___, 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS